1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9

10 CHRISTOPHER M. WILSON,              )   Case No. CV 12-05809 JGB (JCG)
                                       )
11                  Plaintiff,          )
                                       )
12          v.                         )   **ORDER ACCEPTING REPORT AND**
                                       )   **RECOMMENDATION OF UNITED**
13 J. NEWTON, *et al.*,                )   **STATES MAGISTRATE JUDGE**
                                       )
14                  Defendants.        )
                                       )
15                                      )
                                       )
16 _____ )

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

19 Complaint, the Magistrate Judge's Report and Recommendation, and the remaining

20 record, and has made a *de novo* determination.

21          Nothing in the Objections refutes the Magistrate Judge's finding that Plaintiff

22 failed, on *multiple* occasions, to file a Second Amended Complaint as directed by the

23 Court.  In fact, Plaintiff never intends to remedy this deficiency, as he bluntly declares

24 that he "will not be filing a Second Amended Complaint." (Obj. at 4.)  The Court also

25 finds Plaintiff's argument that he never received the Court's Order to Show Cause

26 ("OSC") unpersuasive.  (Obj. at 3.)  Plaintiff requested an extension of time to respond

27 to the OSC, which the Court immediately granted.  (Dkt. Nos. 39-40.)

28 / / /

Accordingly, IT IS ORDERED THAT:

1.    The Report and Recommendation is approved and accepted.

2.    Judgment be entered dismissing this action without prejudice.

3.    The Clerk serve copies of this Order and the Judgment on the parties.

Dated: June 18, 2013

HON. JESUS G. BERNAL

UNITED STATES DISTRICT JUDGE