# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. WILSON, | Case No. CV 12-05809 JGB (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. NEWTON, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:   June 18, 2013

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE